Marcus Rightman and Samuel Katz, appellees, v. Wallace M. Burroughs, sued as Dr. William Burroughs, appellant. Gen. No. 26,837.

Action of tort for the removal of a gas range and refrigerator from a building purchased by plaintiffs from defendant. Judgment for

plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. Joseph S. La Buy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1921. Reversed with finding of fact. Opinion filed December 30, 1921.

Alwin W. Ehrhardt, for appellant; John T. Murray, of counsel. Schoenbrod & Rosengard, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.